IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ZACHARY COLVIN**,
individually and on behalf of
all those similarly situated,

        Plaintiff,

v.

**SOUTHWEST HEALTH CENTER, INC.**,

        Defendant.

Case No. 23-cv-303

---

### UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

---

Plaintiff and participating class members, by and through their undersigned Counsel, hereby move the Court for a final order approving the settlement of this class action as follows:

1. Finally approving the Settlement Agreement, adjudging its terms to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

2. Finally approving the Petition for Class Counsel's Costs and Attorneys' Fees, and awarding Class Counsel costs and attorneys' fees in the total amount of $34,132.93;

3. Finally approving the settlement amounts to be paid to the participating settlement class members as detailed at dkt. # 33;

4.   Dismissing this lawsuit and Plaintiff's Complaint on the merits with prejudice, and barring and permanently enjoining, to the fullest extent of applicable law, Named Plaintiff and all class members (aside from those filing timely and valid requests for exclusion) from pursuing any claims that were released against Defendant, as set forth in Sections 5 and 6 of the Settlement Agreement.

For the reasons outlined in the memorandum of law filed herewith, Plaintiff believes the Settlement Agreement provides for a fair resolution of the disputes between the parties and respectfully requests that the Court grant final approval of the settlement.

Respectfully submitted this 20th day of December, 2024.

By:   *s/ David C. Zoeller*
**HAWKS QUINDEL, S.C.**
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Natalie L. Gerloff, State Bar No. 1117798
Email: ngerloff@hq-law.com
Connor J. Clegg, State Bar No. 1118534
Email: cclegg@hq-law.com
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236