IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ZACHARY COLVIN,
Individually and on behalf of
All those similarly situated,

     Plaintiff,                                OPINION AND ORDER

     v.                                        23-cv-303-wmc

SOUTHWEST HEALTH CENTER, INC.,

     Defendant.
_____

On December 20, 2024, plaintiff Zachary Colvin filed an unopposed motion for final approval of the proposed Settlement Agreement with defendant Southwest Health Center, Inc., resolving this action on a class-wide basis.  (Dkt. #40.)  The court has certified for settlement purposes a collective under the Fair Labor Standards Act and a class under Federal Rule of Civil Procedure 23.  (Dkt. #31.)  The court conducted a fairness hearing on January 10, 2025.

Based on the materials filed by plaintiff in support of his motion for final approval, as supplemented at that hearing, the court finds the proposed Settlement Agreement is "fair, adequate, and reasonable, and not a product of collusion." *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 279 (7th Cir. 2002) (quotation omitted).  Based on these materials, the court also concludes that the requirements of Federal Rule of Civil Procedure 23 and the Fair Labor Standards Act regarding certification of class and collective actions have been met.

In particular, the court notes that: *no* member of the collective or class has raised any objection to the proposed settlement term, nor has a class member sought to be excluded from the settlement, both despite advance notice and ample opportunity to do so; the proposed payout to individual claimants amounts to the equivalent to a prorated share (78.11%) of 100% of their liquidated damages for the default two-year statutory period plus 100% of their unpaid overtime wages during the third-year statutory period (dkt. #28, Settlement Agreement, at 3); the proposed payout to Rule 23 class members amounts to the equivalent of a prorated share (78.11%) of 25% of their liquidated damages for the applicable two-year statutory period (*id*.); *and* the projected payouts are fair, adequate, and reasonable in light of the risks and uncertainties faced by plaintiff and other members of the collective and class should this matter proceed further in court, especially as to any claims for liquidated damages.  The court also concludes that $34,132.93 in attorneys' fees and costs requested by plaintiff's counsel, which amounts to 33% of the overall recovery, is fair and reasonable in light of the result and demands of this litigation,

Thus, in accordance with the terms of the proposed Settlement Agreement, the court:

- APPROVES the Settlement Agreement as fair, reasonable, and adequate, and directs consummation of its terms and provisions;

- APPROVES the petition for class counsel's costs and attorneys' fees, and awards class counsel costs and attorneys' fees in the total amount of $34,132.93;

- APPROVES the settlement amounts to be paid to the participating settlement class members as detailed at dkt. #33; and

- will dismiss this lawsuit and plaintiff's complaint on the merits with prejudice.

ORDER

IT IS ORDERED THAT:

1.  Plaintiff's unopposed motion for Final Approval of Collective and Class Action Settlement is GRANTED.

2.  This lawsuit is DISMISSED under the terms stated above, except to retain jurisdiction to enforce the terms of the parties' Settlement Agreement, if necessary.

Entered this 10th day of January, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge