IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZACHARY COLVIN,
Individually and on behalf of all those
similarly situated,

                                               Case No.  23-cv-303-wmc

        Plaintiff,

    v.

SOUTHWEST HEALTH CENTER, INC.,

        Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered certifying the following classes under 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 23:

> FLSA Collective Class: All persons who have been employed by Southwest Health Center, Inc., as a paramedic, EMT, or AEMT classified as exempt from overtime wages and who worked more than 40 hours in at least one workweek during the three years preceding the filing of this Lawsuit, between May 10, 2020, and April 9, 2023.

> Rule 23 Class: All persons who were employed by Southwest Health Center, Inc., as a paramedic, EMT, or AEMT classified as exempt from overtime wages and who worked more than 40 hours in at least one workweek during the two years preceding the filing of this Lawsuit, between May 10, 2021, and April 9, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the parties' settlement agreement, dkt. 40-1; awarding $34,132.93 in

attorneys fees and costs to class counsel; approving the settlement amounts to be paid

to participating settlement class members as detailed in dkt. 33; and dismissing this

complaint on the merits and with prejudice.

District Approved as to form this 13th day of January, 2025.


William M. Conley
District Judge


Joel Turner                                        January 13, 2025
Clerk of Court                                     Date